IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-2597-JLK**

**CAROL FABERT,**

    Plaintiff,

v.

**DUNBAR MECHANICAL, INC., a First Energy Solutions corporation,**

    Defendant.

---

**ORDER OF DISMISSAL**

---

This matter comes before the court on the **Stipulation of Dismissal with Prejudice**, filed December 19, 2007. After careful review of the stipulation and file, the Court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice,** filed December 19, 2007, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated this 20 day of December, 2007.

BY THE COURT:

JOHN L. KANE, Senior Judge
United States District Court